**JENKINS & CLAYMAN**
Stephanie F Ritigstein, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | CHAPTER 13 CASE NO. 19-12892 ABA |
| Paul Azzinaro Debtors | DEBTOR'S CERTIFICATION IN SUPPORT OF CONFIRMATION |

I, Paul Azzinaro, by way of Certification hereby state:

1. I am the Chapter 13 debtor herein and I am authorized to make this certification.

2. I recently met with my Chapter 13 Trustee for my 341(a) meeting of creditors. At the hearing, my Trustee requested additional documents and information.

3. Specifically, my Trustee requested that I provide the instant certification regarding the large amount of funds in my bank account. Unfortunately, I was injured on the job. As such, I had pursued a worker's comp lawsuit. The worker's comp lawsuit settled in September 2018. The total settlement was $116,000.00. This amount was put into my bank account. Further, at the time of the settlement, I was also awarded compensation for sick and vacation pay. These additional funds are also in my bank account. These are the funds that the Trustee was questioning.

4. As this is a 100% bankruptcy plan, I don't think that this should have a big impact on my Chapter 13 plan.

5. I hope that this certification has addressed all the Trustee's concerns. If the Trustee requests additional documents or information regarding my settlement, I will be happy to comply as best as I am able to do so.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: _____    _____