**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF:<br>Paul Azzinaro<br><br>debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13 CASE NO. 19-12892 ABA<br><br>CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On February 18, 2020 our office filed an amended Disclosure of Chapter 13 Debtor's Attorney Compensation (docket #25).

2. We respectfully request that this entry be withdrawn as it was dated incorrectly and a corrected version will be filed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 2/18/2020         /s/ Eric J Clayman
                         By: Eric J Clayman, Esquire