| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In Re:<br>PAUL J. AZZINARO<br>    DEBTOR |

Case No.:   19-12892

Chapter:   13

Judge:   Altenburg, Andrew B., Jr.

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

                     Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

Old address:   Specialized Loan Servicing LLC
        8742 Lucent Blvd, Suite 300
        Highlands Ranch, CO 80129

New address:   Specialized Loan Servicing LLC
        6200 S. Quebec Street
        Greenwood Village, CO 80111

New phone no.:n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   10/27/2020             /s/ Natalie Lea as Authorized Agent for Creditor
                     Signature

*rev.2/1/16*

4128-N-3512