**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

IN RE:

Paul Azzinaro

Debtor(s).

Proceedings in Chapter 13

Case No.: 19-12892

Hearing Date: February 10, 2021

**DEBTOR'S CERTIFICATION IN SUPPORT OF MODIFICATION**
**OF CHAPTER 13 PLAN DUE TO COVID-19**

I am (we are) the debtor(s) in the above Chapter 13 case, and make this Certification in support of an application to file a Modified Plan pursuant to 11 U.S.C. § 1329(d).

1. The Chapter 13 Plan was originally confirmed on <u>July 23, 2020</u>.

2. I am (we are) experiencing or have experienced a material financial hardship directly or indirectly as a result of the COVID-19 pandemic, beginning on or about <u>late March 2020</u>.

3. Due to the COVID-19 pandemic, my (our) income has been adversely impacted in the following way(s), as is reflected on an amended Schedule I filed separately with the Court:
<u>My wife, who did not file bankruptcy, is employed in the food services industry. Her income was virtually eliminated beginning of the COVID-19 shutdown. Her income has recovered somewhat. I started working just before the COVID-19 shutdown. I work with autism patients. I could not work face-to-face with these patients and received less income. I have now returned to work.</u>

4. Due to the COVID-19 pandemic, my (our) expenses have increased in the following way(s), as reflected on an amended Schedule J filed separately with the Court:
<u>I am in the process of amending schedules I and J of my bankruptcy petition.</u>
_____
_____
_____
_____
_____
_____

5. I (we) expect this financial hardship to continue <u>until the foreseeable future</u>.

6. I am (we are) seeking to extend the term of the Chapter 13 Plan to <u>84 months</u>.

    I (we) hereby certify that the foregoing statements are true to the best of my (our) knowledge, information and belief. I am (we are) aware that if any of the foregoing statements are willfully false, I am (we are) subject to punishment.

                                              _____/s/Paul Azzinaro_____

                                              _____

Dated:  _December 9, 2020_____