Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-12892 (ABA)**

Paul J. Azzinaro  
119 Windsor Drive  
Swedesboro, NJ  08085

Monthly Payment: $269.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2020 | $200.00 | 03/02/2020 | $200.00 | 03/09/2020 | $200.00 | 04/07/2020 | $200.00 |
| 05/08/2020 | $200.00 | 06/09/2020 | $200.00 | 07/08/2020 | $200.00 | 08/11/2020 | $270.00 |
| 09/09/2020 | $270.00 | 11/17/2020 | $270.00 | 12/14/2020 | $270.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PAUL J. AZZINARO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,065.00 | $3,874.40 | $190.60 | $0.00 |
| 1 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITIGROUP MORTGAGE LOAN TRUST, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS | 24 | $1,014.20 | $0.00 | $1,014.20 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $959.11 | $0.00 | $959.11 | $0.00 |
| 7 | WELLS FARGO BANK, N.A. | 24 | $1,608.90 | $0.00 | $1,608.90 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2019 | 17.00 | $200.00 |
| 08/01/2020 | 19.00 | $269.00 |
| 03/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,480.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $247.32 |
| Arrearages: | $265.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**