Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-12892 (ABA)

Paul J. Azzinaro  
119 Windsor Drive  
Swedesboro, NJ  08085

Monthly Payment: $2,308.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $300.00 | 01/04/2023 | $1,000.00 | 01/04/2023 | $1,000.00 | 02/03/2023 | $300.00 |
| 02/03/2023 | $1,000.00 | 02/03/2023 | $1,000.00 | 02/28/2023 | $300.00 | 02/28/2023 | $1,000.00 |
| 02/28/2023 | $1,000.00 | 03/31/2023 | $1,000.00 | 03/31/2023 | $1,000.00 | 03/31/2023 | $300.00 |
| 05/02/2023 | $300.00 | 05/02/2023 | $1,000.00 | 05/02/2023 | $1,000.00 | 06/06/2023 | $300.00 |
| 06/06/2023 | $1,000.00 | 06/06/2023 | $1,000.00 | 07/05/2023 | $300.00 | 07/05/2023 | $1,000.00 |
| 07/05/2023 | $1,000.00 | 08/01/2023 | $300.00 | 08/01/2023 | $1,000.00 | 08/01/2023 | $1,000.00 |
| 09/06/2023 | $300.00 | 09/06/2023 | $1,000.00 | 09/06/2023 | $1,000.00 | 10/02/2023 | $1,000.00 |
| 10/02/2023 | $300.00 | 10/02/2023 | $1,000.00 | 11/02/2023 | $300.00 | 11/02/2023 | $1,000.00 |
| 11/02/2023 | $1,000.00 | 12/12/2023 | $1,000.00 | 12/12/2023 | $300.00 | 12/12/2023 | $1,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PAUL J. AZZINARO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $4,065.00 | $4,065.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $1,813.90 | $1,813.90 | $0.00 | $0.00 |
| 1 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CITIGROUP MORTGAGE LOAN TRUST, INC. | 24 | $119,752.66 | $67,464.16 | $52,288.50 | $24,946.50 |
| 3 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS | 33 | $1,014.20 | $932.84 | $81.36 | $0.00 |
| 6 | ASSET ACCEPTANCE, LLC | 33 | $959.11 | $0.00 | $959.11 | $0.00 |
| 7 | WELLS FARGO BANK, N.A. | 24 | $1,608.90 | $1,552.58 | $56.32 | $26.90 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2019 | 23.00 | $0.00 |
| 02/01/2021 | Paid to Date | $7,052.00 |
| 03/01/2021 | 24.00 | $2,302.00 |
| 03/01/2023 | 36.00 | $2,308.00 |
| 03/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $27,600.00 |
| Total paid to creditors this period: | $24,973.40 |
| Undistributed Funds on Hand: | $2,079.20 |
| Arrearages: | $2,279.00 |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**