Certificate Number: 06531-NJ-DE-040167296

Bankruptcy Case Number: 19-12892



06531-NJ-DE-040167296

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2025, at 1:36 o'clock PM CDT, Paul Azzinaro completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 6, 2025

By:   /s/Connie Krosch

Name:   Connie Krosch

Title:   Certified Credit Counselor