Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street

Camden, NJ 08102

Case No.:  19–12892–ABA

Chapter:  13

Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul J. Azzinaro

119 Windsor Drive

Swedesboro, NJ 08085

Social Security No.:

xxx–xx–3808

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

TO: Paul J. Azzinaro

Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 12, 2026

JAN: def

Jeanne Naughton, Clerk